UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 2:26-cv-02842-JLS-MAR Date: August 25, 2026
Title: Gunna Touring, LLC v. Mickle and Mickle Productions et al

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Kelly Davis | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendant: |
|---|---|
| Not Present | Not Present |

**PROCEEDINGS: (IN CHAMBERS) ORDER TO SHOW CAUSE RE DISMISSAL OF UNSERVED DEFENDANTS**

On June 26, 2026, the Court ordered Plaintiff to show cause re dismissal for lack of prosecution. (Doc. 14.) In response, Plaintiff represented that it required more time to serve Defendants Stars in Action and Raiza Rangl, and requested an extension through August 17 to effectuate service. (Response to OSC at 3–4, Doc. 16.) The response does not mention Defendant Mickle and Mickle Productions. To date, Plaintiff has not yet filed proofs of service as to Stars in Action, Rangl, or Mickle and Mickle Productions.

"If a defendant is not served within 90 days after the complaint is filed, the court . . . after notice to the plaintiff . . . must dismiss the action without prejudice against that defendant or order that service be made within a specified time." Fed. R. Civ. P. Rule 4(m). The Court therefore ORDERS Plaintiff to show cause, in writing, no more than **five (5) days** from the date of this order as to why this action should not be dismissed as to Defendants Stars in Action, Rangl, and Mickle and Mickle Productions. Alternatively, Plaintiff may file proofs of service as to these Defendants or a notice of voluntary dismissal. Failure to timely respond will result in the immediate dismissal of these Defendants without further notice.

Initials of Deputy Clerk: kd