Lawrence C. Hinkle II (SBN 180551)
lhinkle@sandersroberts.com
Alexandra Lototsky (SBN 311921)
alototsky@sandersroberts.com
**SANDERS ROBERTS LLP**
515 S. Flower Street, 24th Floor
Los Angeles, CA 90071
Telephone: (213) 426-5000
Facsimile: (213) 234-4581

Attorneys for Plaintiff
**GUNNA TOURING, LLC**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

GUNNA TOURING, LLC

Plaintiff,

v.

MICKLE AND MICKLE PRODUCTIONS, a purported business entity; DAPHNEY MICKLE GOLDEN, an individual; STARS IN ACTION, INC., a California nonprofit corporation; RAIZA RANGL, an individual; and EZEKIEL BOTTORFF, an individual

Defendants.

**CASE NO. 2:26-cv-02842-JLS-MAR**

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT MICKLE AND MICKLE PRODUCTIONS**

Judge: Hon. Josephine L. Staton
Courtroom: 8A

Complaint Filed: March 17, 2026
Trial Date: None set.

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Gunna Touring, LLC ("Plaintiff") hereby voluntarily dismisses this action *without prejudice* as to Defendant Mickle and Mickle Productions only.

Defendant Mickle and Mickle Productions has not served an answer to the Complaint or a motion for summary judgment, and has not otherwise appeared in this action. Dismissal under Rule 41(a)(1)(A)(i) is therefore effective upon the filing of this Notice and requires no order of the Court. *See* Fed. R. Civ. P. 41(a)(1)(A)(i).

This dismissal is without prejudice. This is the first dismissal of any claim by Plaintiff in any court, and Rule 41(a)(1)(B) therefore does not operate as an adjudication on the merits.

A plaintiff may dismiss fewer than all defendants by notice under Rule 41(a)(1). *See Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997) (*citing Concha v. London*, 62 F.3d 1493, 1506 (9th Cir. 1995)).

As set forth in Plaintiff's concurrently filed Response to the Court's August 25, 2026 Order to Show Cause (Doc. 24) and the supporting Declaration of Lawrence C. Hinkle II, Plaintiff has been unable to identify "Mickle and Mickle Productions" as a legally formed corporation, limited liability company, partnership, or other entity in any jurisdiction searched. Plaintiff files this Notice rather than seek further extensions of the service deadline as to that Defendant.

This action remains pending as to Defendants Daphney Mickle Golden, Ezekiel Bottorff, Stars in Action, Inc., and Raiza Rangl. No claim asserted against any remaining Defendant is dismissed, released, waived, or otherwise affected by this Notice. Plaintiff expressly reserves all rights, including the right to seek leave to amend should discovery establish that "Mickle and Mickle Productions" exists as a legally formed entity, or a fictitious business name, assumed name, general partnership, joint venture, or other unregistered form, and to name the individuals or

entities responsible for obligations incurred under that name.

Dated: August 30, 2026

**SANDERS ROBERTS LLP**

By: Lawrence C. Hinkle II
Lawrence C. Hinkle II
Alexandra Lototsky
Attorneys for Plaintiff
**GUNNA TOURING, LLC**

# CERTIFICATE OF SERVICE

I hereby certify that on August 30, 2026, this document, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Dated: August 30, 2026

**SANDERS ROBERTS LLP**

By: Lawrence C. Hinkle II

Lawrence C. Hinkle II
Alexandra Lototsky
Attorneys for Plaintiff
**GUNNA TOURING, LLC**

SANDERS ROBERTS