UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 2:26-cv-02842-JLS-MAR Date: September 11, 2026
Title: Gunna Touring, LLC v. Mickle and Mickle Productions et al

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| | |
|---|---|
| Daniel Torrez | N/A |
| Deputy Clerk | Court Reporter |

| | |
|---|---|
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendant: |
| Not Present | Not Present |

**PROCEEDINGS: (IN CHAMBERS) ORDER STRIKING MOTION TO DISMISS (Doc. 29)**

On August 25, 2026, the Court issued an Order Denying Defendant Bottorff's Motion to Dismiss for failure to comply with Local Rule 7-3. (Doc. 23.) On September 8, 2026, Bottorff re-filed his Motion to Dismiss. (Doc. 29.) However, the Court did not grant Bottorff leave to re-file his denied Motion.

The Court therefore STRIKES Bottorff's Motion to Dismiss (Doc. 29), and Bottorff is ORDERED to file an answer within **seven (7) days** of this Order.

Initials of Deputy Clerk: DT